IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situation,

   Plaintiff,

v.                  Civil Action No. 5:19-cv-315

MEDGUARD ALERT, INC.,
SAFE HOME SECURITY, INC.,
LIFEWATCH INC., and
A HOLDING GROUP, LLC,

   Defendants.

## NOTICE OF SETTLEMENT

The Plaintiff and Defendants, Medguard Alert, Inc., Safe Home Security, Inc. and Lifewatch Inc., by and through undersigned counsel hereby notify the Court that they have fully settled the above-captioned case. They will submit a Stipulation of Dismissal with Prejudice pursuant to the Settlement Agreement within 60 days.

| | |
|---|---|
| /s/ Andrew C. Robey | /s/ Carrie Goodwin Fenwick |
| Ryan M. Donovan (WVSB #11660) | Carrie Goodwin Fenwick (WVSB #7164) |
| Andrew C. Robey (WVSB #12806) | Goodwin & Goodwin, LLP |
| Hissam Forman Donovan Ritchie PLLC | P.O. Box 2107 |
| P.O. Box 3983 | Charleston, WV 25328-2107 |
| Charleston, WV 25339 | t: 304-346-7000 |
| t: 681-265-3802 | cgf@goodwingoodwin.com |
| rdonovan@hfdrlaw.com | |
| arobey@hfdrlaw.com | *Counsel for Medguard Alert, Inc. and* |
| | *Safe Home Security, Inc. and* |
| *Counsel for Plaintiff* | *Lifewatch Inc.* |