IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situation,

        Plaintiff,

v.

Civil Action No. 5:19-cv-315

MEDGUARD ALERT, INC.,
SAFE HOME SECURITY, INC.,
LIFEWATCH INC., and
A HOLDING GROUP, LLC,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed, with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com
Counsel for Plaintiff

Carrie Goodwin Fenwick (WVSB #7164)
Goodwin & Goodwin, LLP
P.O. Box 2107
Charleston, WV 25328-2107
t: 304-346-7000
cgf@goodwingoodwin.com
Counsel for MedGuard Alert, Inc.,
Lifewatch Inc., and Safe Home Security, Inc