IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

        Plaintiff,

    v.                                   **CIVIL ACTION NO. 5:19-CV-315**
                                                Judge Bailey

**MEDGUARD ALERT, INC.,**
**SAFE HOME SECURITY, INC.,**
**LIFEWATCH, INC.** and **A**
**HOLDING GROUP, LLC,**

        Defendants.

## ORDER DISMISSING CASE

On July 9, 2021, the parties in this case filed a Stipulation of Dismissal with Prejudice [Doc. 91], advising the Court that the parties have agreed to the same. In light of the stipulation, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: July 12, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE